UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEONARD JOHNSON,<br><br>         Petitioner,<br><br>v.<br><br>MARION SPEARMAN, Warden,<br><br>         Respondent. | Case No.: 19cv1673-LAB (KSC)<br><br>**ORDER REQUIRING PARTIES TO COMPLY WITH DEADLINES** |

  On April 7, Magistrate Judge Karen Crawford issued her report and recommendation. Any objections were required to be filed by May 8, 2020, and any reply to the objections no later than May 22. At present, the Clerk's office is physically inaccessible because of restrictions related to the COVID-19 pandemic, though documents may be still be filed by mail or electronically. These deadlines take into account the present situation, and the parties should continue to comply with them regardless of whether the Clerk's office continues to be physically inaccessible.

  The case is <u>not</u> stayed. If compliance with the deadlines becomes impractical or impossible, the parties should seek an extension by *ex parte* motion, which must explain why an extension is needed.

/ / /

/ / /

Failure to file objections within the specified time may waive the right to raise those objections on appeal. *See Martinez v. Ylst*, 951 F.2d 1153, 1156 (9th Cir. 1991).

**IT IS SO ORDERED.**

Dated: April 8, 2020

*[signature]*
Hon. Larry Alan Burns
United States District Judge