UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEONARD JOHNSON,<br><br>        Petitioner,<br><br>v.<br><br>MARION SPEARMAN, Warden,<br><br>        Respondent. | Case No.: 19cv1673-LAB (KSC)<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION** |

  Petitioner David Johnson, a prisoner in state custody, filed his petition for writ of habeas corpus under 28 U.S.C. 2254. After receiving briefing, Magistrate Judge Karen Crawford issued her report and recommendation (the "R&R"), which recommended denying the petition without prejudice. Johnson did not object to the R&R. The Court on June 8, 2020 adopted the R&R and denied the petition without prejudice, and judgment was entered June 9, 2020.

  Johnson a motion dated February 5, 2021, which the Court accepted for filing by discrepancy order. The Court construed it as a motion for relief from judgment based on excusable neglect, under Fed. R. Civ. P. 60(b)(1). The motion did not ask the Court for any particular relief. Nevertheless, it is clear Johnson wants relief from the dismissal, based on delays he argues were beyond his control.

/ / /

1

The Court, in furtherance of its obligation to confirm its jurisdiction, s*ee Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 98 (1998), ordered Respondent to file a response addressing the possible mootness of Johnson's claims and request. Johnson was invited to file a response addressing possible mootness, but did not do so.

Respondent has now filed the required response, showing that after this Court dismissed his petition, the state court resentenced him. The motion for reconsideration is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: March 31, 2021

Hon. Larry Alan Burns
United States District Judge